UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**   TAMARINDART, LLC

-v-

TAMARIND GROVE LLC,
Lakshmi Pratury, Shyamoli Banerjee,
**Defendant**   and Anu Sethuram

Case No. **07 CV 6296**

JUDGE RAKOFF

**Rule 7.1 Statement**

JUL 0 9 2007

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _TAMARINDART, LLC_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: 7/9/07

Signature of Attorney

Attorney Bar Code: TF 0785

Form Rule7_1.pdf