John A. Coleman, Jr. (JC-7697)
FREIDBERG COHEN
COLEMAN & PINKAS, LLP
444 Madison Avenue, Suite 805
New York, New York 10022
(212) 829-9090

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

TAMARINDART, LLC,

                         Plaintiff,            07 CV 6296 (JSR)

   -against-

                                                **RULE 7.1 STATEMENT**
TAMARIND GROVE LLC, LAKSHMI PRATURY,    **OF DEFENDANT**
SHYAMOLI BANERJEE and ANU SETHURAM,      **TAMARIND GROVE, LLC**

                     Defendants.
-----------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Tamarind Grove, LLC (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:  New York, New York
         September 6, 2007

                                                FREIDBERG COHEN
                                                COLEMAN & PINKAS, LLP

                                                _____/s/_____
                                                John A. Coleman, Jr. (JC-7697)
                                                444 Madison Avenue, Suite 805
                                                New York, New York 10022
                                                (212) 829-9090

                                                Attorneys for Defendant
                                                Tamarind Grove, LLC