UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TAMARINDART, LLC,

                        Plaintiff,            07 CV 6296 (JSR)

   -against-

TAMARIND GROVE LLC, LAKSHMI PRATURY,
SHYAMOLI BANERJEE and ANU SETHURAM,

                        Defendants.
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      The undersigned, an attorney duly admitted to practice in the Courts of the State of New York and in the United States District Courts for the Southern and Eastern Districts of New York, being over 18 years of age and not a party to this action hereby certifies that on September 6, 2007, he served the annexed Answer and Rule 7.1 Statement, by placing such in fully paid first class mail wrapper and depositing it in the custody and control of the U.S. Mail, upon:

        Thomas M. Furth, Esq.
        Kudman Trachten Aloe LLP
        350 Fifth Avenue, Suite 4400
        New York, New York 10118

        Attorneys for Plaintiff

Dated: September 6, 2007

                                                                      /s/
                                                               John A. Coleman, Jr.