AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

TAMARINDART, LLC,

        Plaintiff,

  -against-

TAMARIND GROVE LLC, LAKSHMI
PRATURY, SHYAMOLI BANERJEE and
ANU SETHURAM,

        Defendants.

**APPEARANCE**

Case Number: 07 Civ. 6296 (JSR)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

        Defendants Tamarind Grove LLC, Lakshmi Pratury, Shyamoli Banerjee
        and Anu Sethuram

    I certify that I am admitted to practice in this court.

Decembe 4, 2007
Date

*Amelia See* (signature)
Signature

Amelia K. Seewann     (AS-2013)
Print Name     Bar Number

488 Madison Avenue, 9th Fl.
Address

New York, New York     10022
City     State     Zip Code

(212) 980-0120     (212) 593-9175
Phone Number     Fax Number