# KUDMAN TRACHTEN ALOE LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE
SUITE 4400
NEW YORK, NY 10118
(212) 868-1010

TELECOPIER (212) 868-0013
www.kudmanlaw.com

PAUL H. ALOE†
STUART R. KUDMAN*
GARY TRACHTEN††

MICHELLE S. BABBITT*

THOMAS M. FURTH**

MATTHEW H. COHEN*
WILLIAM E. HAMMOND**
JOHN S. LEGO***
ALISA L. SILVERSTEIN*

*ADMITTED IN NY & NJ
**ADMITTED IN NY ONLY
***ADMITTED IN NY & CA
†ADMITTED IN NY, NJ & PA
††ADMITTED IN NY, NJ, CT & GA

December 3, 2007

Hon. Jed S. Rakoff
United States District Judge
United States District Court
   for the Southern District of New York
500 Pearl Street, Room 1340
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-6-07

Re:   TamarindArt, LLC v. Tamarind Grove LLC,
      Case No. 07 CV 6296 (JSR)
      Our File: 2830.04

Dear Judge Rakoff:

      This firm represents the plaintiff. I write to request the Court to order that an error made by the Clerk of the Court in setting forth plaintiff's name at the time the case was entered in the ECF system be corrected. Mr. Landers of your staff suggested to me that this letter would be the appropriate method to seek such relief.

      Plaintiff's name is TamarindArt, LLC, and it is so denominated on the Complaint. At the time the case was entered in the court's records, however, it was entered as TamarindArt, Inc. It is therefore requested that the case caption be amended to correctly state plaintiff's name as TamarindArt, LLC.

Respectfully yours,

Thomas M. Furth

cc:   Edward Rosenthal, Esq.

SO ORDERED:

_____ 12/5/07
U.S.D.J.           Date