Thomas M. Furth (TF 0785)
KUDMAN TRACHTEN ALOE LLP
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 868-1010
*Attorneys for Plaintiff TamarindArt, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

TAMARINDART, LLC,

                    Plaintiff,         07 CV 6296 (JSR)

        -against-

TAMARIND GROVE LLC, LAKSHMI
PRATURY, SHYAMOLI BANERJEE and ANU
SETHURAM,

                    Defendants.
---------------------------------------------------------------X

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

The parties in the above-captioned action hereby stipulate that all of plaintiff TamarindArt, LLC's claims against all defendants be dismissed with prejudice and without costs or fees to any party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. It is further stipulated that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement dated December 18, 2007.

FKKS: 343286.v1                                                              16964.200

Dated: New York, New York
       January 2, 2008

KUDMAN TRACHTEN ALOE LLP

_____
Thomas M. Furth (TF 0785)
350 Fifth Avenue, Suite 4400
New York, New York 10118
Tel.: (212) 868-1010
*Attorney for Plaintiff*
*TamarindArt, LLC*

FRANKFURT KURNIT KLEIN & SELZ, P.C.

_____
Edward H. Rosenthal (ER 8022)
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: (212) 980-0120
*Attorney for Defendants*
*Tamarind Grove LLC,*
*Lakshmi Pratury,*
*Shyamoli Banerjee and*
*Anu Sethuram*

IT IS SO ORDERED.


_____   _____
       U.S.D.J.                Date

FKKS: 343286.v1                                                              16964.200